DRESBACH v. FELTON. (Circuit Court of Appeals, Sixth Circuit. November 6, 1902.) No. 1,075. In Error to the Circuit Court of the United States for the Eastern District of Kentucky. Chas. M. & Edgar W. Cist, for plaintiff in error. Simrall & Galvin and Edward Colston, for defendant in error. No opinion. Affirmed.

EBBOTT v. FULLER & JOHNSON MFG. CO. (Circuit Court of Appeals, Seventh Circuit. August 8, 1903.) No. 997. Appeal from the Circuit Court of the United States for the Western District of Wisconsin. Charles M. Peck and Lysander Hill, for appellant. William R. Bagley, for appellee. No opinion. Dismissed pursuant to rule 20.

In re GAILEY. GAILEY v. LaFAYETTE SMITH GROCER CO. (Circuit Court of Appeals, Seventh Circuit. June 24, 1903.) No. 1,003. Appeal from the District Court of the United States for the Southern District of Illinois. Dismissed pursuant to rule 16.

HADDEN RODEE CO. v. BOARD OF TRADE OF CITY OF CHICAGO. (Circuit Court of Appeals, Seventh Circuit. May 1, 1903.) No. 952. Appeal from the Circuit Court of the United States for the Eastern District of Wisconsin. T. W. Spence, for appellant. H. S. Robbins and George H. Noyes, for appellee. No opinion. Affirmed. See (C. C.) 109 Fed. 705.

HAULEY DOWN DRAFT FURNACE CO. v. PEERLESS PORTLAND CEMENT CO. (Circuit Court of Appeals, Sixth Circuit. November 15, 1902.) No. 1,021. In Error to the Circuit Court of the United States for the Eastern District of Michigan. Leo. M. Butzel, for plaintiff in error. Otto Kirchner, for defendant in error. No opinion. Affirmed.

HUB TRANSFER CO. v. WAKEMAN. (Circuit Court of Appeals, Sixth Circuit. February 13, 1903.) No. 1,138. In Error to the Circuit Court of the United States for the Northern District of Ohio. Ford, Snyder, Henry & McGraw, for plaintiff in error. A. W. Mayers and M. A. Foran, for defendant in error. No opinion. Affirmed.

KERR v. UNITED STATES. (Circuit Court of Appeals, Seventh Circuit. April 24, 1903.) No. 964. In Error to the Circuit Court of the United States for the Western District of Wisconsin. A. L. Sanborn and L. A. Doolittle, for plaintiff in error. William G. Wheeler and Henry T. Sheldon, for defendant in error. No opinion. Affirmed.

LANDER, County Treasurer, v. NATIONAL CITY BANK OF CLEVELAND, OHIO. SAME v. COMMERCIAL NAT. BANK OF CLEVELAND, OHIO. SAME v. PARK NAT. BANK OF CLEVELAND, OHIO. SAME v. FIRST NAT. BANK OF CLEVELAND, OHIO. SAME v. UNION NAT. BANK OF CLEVELAND, OHIO. SAME v. CLEVELAND BANK. SAME v. NATIONAL BANK OF COMMERCE OF CLEVELAND, OHIO. SAME v. CENTRAL NAT. BANK OF CLEVELAND, OHIO. SAME v. EUCLID AVE. NAT. BANK OF CLEVELAND, OHIO. SAME v. STATE NAT. BANK